**Order entered January 27, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01053-CR

**CARLOS EDUARDO SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00735-R**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing on the reporter's record. Before the Court is the trial court's request for additional time to hold the hearing and make findings of fact. We **GRANT** the request and **EXTEND** the time until **February 24, 2020**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th District Court; to court reporter Debi Harris; to court reporter Yolanda Atkins; and to all counsel for all parties.

We again **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated when we receive the supplemental clerk's record containing the trial court's findings or when the Court deems it appropriate to do so.

/s/  ROBERT D. BURNS, III
   CHIEF JUSTICE